United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17916-elf |
| Nora Taylor | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 22, 2022 | Form ID: 138OBJ | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nora Taylor, 2437 E. Boston Street, Philadelphia, PA 19125-3001 |
| 14018209 | + | MANUFACTURERS AND TRADERS TRUST COMPANY, 101 NORTH TRYON STREET, Charlotte, NC 28246-0100 |
| 14018210 | + | McCabe, Weisberg & Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 14018212 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 22 2022 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2022 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14018205 | | Email/Text: g20956@att.com | Dec 22 2022 23:53:00 | At&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 14182407 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 22 2022 23:53:00 | BANK OF AMERICA, N.A., C/O CARRINGTON MORTGAGE SERVICES, LLC, PO BOX 3730, Anaheim, CA 92803-3730 |
| 14018206 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 22 2022 23:53:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14051023 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 22 2022 23:53:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14018214 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2022 23:53:00 | RBS Citizens Cc, 1 Citizens Dr, Ms: Rop 15b, Riverside, RI 02915 |
| 14019694 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2022 23:53:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14097953 | | Email/Text: megan.harper@phila.gov | Dec 22 2022 23:53:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14018208 | | Email/Text: documentfiling@lciinc.com | Dec 22 2022 23:53:00 | Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 14018215 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 23 2022 00:08:26 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14053230 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2022 23:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14018207 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2022 23:57:44 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14018213 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:57:44 | Portfolio Recovery, Po Box 41067, Norfolk, VA |

Case 17-17916-elf   Doc 39   Filed 12/24/22   Entered 12/25/22 00:28:40   Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 138OBJ | Total Noticed: 21 |

| 14061037 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:57:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
|---|---|---|---|---|
| 14018406 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2022 23:57:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14018211 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 22 2022 23:53:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022                        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANN E. SWARTZ | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Bank of America  N.A. c/o Carrington Mortgage Services, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor BANK OF AMERICA  N.A., ecfmail@mwc-law.com |
| DAVID M. OFFEN | on behalf of Debtor Nora Taylor dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bank of America  N.A. c/o Carrington Mortgage Services, LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor BANK OF AMERICA  N.A., bkgroup@kmllawgroup.com |
| RAYMOND M. KEMPINSKI | |

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Dec 22, 2022     Form ID: 138OBJ     Total Noticed: 21

on behalf of Creditor BANK OF AMERICA  N.A., raykemp1006@gmail.com, raykemp1006@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Nora Taylor
        Debtor(s)

Case No: 17−17916−elf
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/22/22

38 − 37
Form 138OBJ