United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17916-elf |
| Nora Taylor | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 27, 2022 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nora Taylor, 2437 E. Boston Street, Philadelphia, PA 19125-3001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANN E. SWARTZ | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Bank of America  N.A. c/o Carrington Mortgage Services, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor BANK OF AMERICA  N.A., ecfmail@mwc-law.com |
| DAVID M. OFFEN | |

District/off: 0313-2                              User: admin                                          Page 2 of 2
Date Rcvd: Dec 27, 2022                         Form ID: 234                                       Total Noticed: 1

                                      on behalf of Debtor Nora Taylor dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
                                        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                                        ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
                                        on behalf of Creditor Bank of America  N.A. c/o Carrington Mortgage Services, LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
                                        on behalf of Creditor BANK OF AMERICA  N.A., bkgroup@kmllawgroup.com

RAYMOND M. KEMPINSKI
                                        on behalf of Creditor BANK OF AMERICA  N.A., raykemp1006@gmail.com, raykemp1006@gmail.com

United States Trustee
                                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Nora Taylor

           Debtor(s)

Case No:17−17916−elf

Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

 2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 12/27/22